**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-30223 |
| Plaintiff-Appellee, | D.C. No. 2:15-cr-00120-JCC-2 |
| v. | |
| TUAN A. VU, AKA Chico, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
John C. Coughenour, District Judge, Presiding

Submitted December 8, 2017[**]
Seattle, Washington

Before: HAWKINS, McKEOWN, and CHRISTEN, Circuit Judges.

Defendant Yuan Vu ("Vu") appeals his conviction for multiple counts of

possession, distribution, and conspiracy to distribute controlled substances following

a nine-day jury trial. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), counsel

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

for Vu has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Vu has also filed a pro se supplemental brief in which he largely challenges the sufficiency of the evidence and, in particular, the credibility of a co-defendant who testified against him. No government brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83-84 (1988), discloses no meritorious issues for appeal. We have also considered the arguments asserted in Vu's pro se supplement brief and find them to be without merit. The jury was given the opportunity to judge the credibility of witnesses, and when reviewing for sufficiency of the evidence, we are required to view the evidence in the light most favorable to the prosecution. *See Jackson v. Virginia*, 443 U.S. 307 (1979). Accordingly, we affirm the district court's judgment.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**